# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WRIGHT, *et. al.*,<br><br>    Defendants. | Case No.: 3:17-CV-00401-RCJ-WGC<br><br>**ORDER** |

    On May 17, 2018, the Court entered Order (ECF No. 4) directing Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) or pay the full filing fee of $400. If Plaintiff does not timely comply with Order (ECF No. 4) dismissal of this action may result.

    Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to comply with Court Order (ECF No. 4). Accordingly,

    IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 4). The Clerk of the Court shall close the case.

    DATED this 29th day of June, 2018.

                                                        ROBERT C. JONES<br>
                                                        District Judge